# Order Terminating Term of Supervised Release
## Prior to Expiration Date

**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| vs. ) | **Docket Number: 2:01CR00131-01** |
| ) | |
| **Machelle GROVES** ) | |
| ) | |

On July 7, 2002, the above named was placed on a term of supervised release for a period of five years. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

                        Respectfully submitted,

                /s/   Cynthia J. Mazzei

                      **CYNTHIA J. MAZZEI**
                      **United States Probation Officer**

**Reviewed by:**    /s/   Rafael G. Loya
                **RAFAEL G. LOYA**
                **Supervising United States Probation Officer**

### ORDER OF COURT

It is ordered that the defendant be discharged from the term of supervised release and that the proceedings in the case be terminated.

DATED: April 18, 2005

                                /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge

CJM

cc:    Assistant United States Attorney

# RECOMMENDATION TERMINATING
## SUPERVISED RELEASE PRIOR TO
## ORIGINAL EXPIRATION DATE

---

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Docket Number: 2:01CR00131-01** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Machelle GROVES** | ) | |

### LEGAL HISTORY:

On September 28, 2001, the above named was placed on supervised release for a term of 5 years, which commenced on July 7, 2002. Special conditions included warrantless search, drug and alcohol treatment and testing, abstain from alcohol beverages, co-payment, and not to possess identification or other documents in the name of any other person. She was also ordered to pay a $100 special assessment and $2,665.23 restitution.

### SUMMARY OF COMPLIANCE:

Ms. Groves has complied with all conditions and special conditions of supervised release and has not been involved in any further criminal activities. It is the opinion of the Probation Officer that she has derived maximum benefit from supervision and is not in need of continued supervision.

### RECOMMENDATION:

It is, therefore, respectfully recommended that supervised release in this case be terminated early.

**Submitted by:**   /s/   Cynthia J. Mazzei   **Date:** March 14, 2005
**CYNTHIA J. MAZZEI**
**United States Probation Officer**
Sacramento, California

**Approved by:**   /s/   Rafael G. Loya
**RAFAEL G. LOYA**
Supervising United States Probation Officer

Rev. 05/2000
EARLITRM.MRG

CJM
cc:     AUSA   (Pursuant to Rule 32.1[b] notice of proposed relief to the probationer/supervisee is being provided.  If no objection is received from you within 14 days, the Probation Officer's recommendation and Probation Form 35, Report and Order terminating probation/supervised release Prior to Original Expiration Date, will be submitted to the Court for approval.)

Rev. 05/2000
EARLITRM.MRG